M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2010 JUL 23 A 10: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Simon Benjamin Dangquah
Full name and prison name of
Plaintiff(s)

v.

Immigration & Custom
Enforcement (ICE)

_____

_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:10-cv-638-ID
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?     YES ☐     NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff (s) _____

           _____

           Defendant(s) _____

           _____

       2.  Court (if federal court, name the district; if state court, name the county)

           _____

           _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  ETOWAH COUNTY DETENTION CENTER

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  ETOWAH COUNTY DETENTION CENTER

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                  ADDRESS

1. IMMIGRATION & CUSTOM ENFORCEMENT (ICE)
2. ETOWAH COUNTY DETENTION CENTER - 827 FORREST AVE GADSDEN AL 55901
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  FROM DEC 31 2009 TO 7-20-2010

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I HAVE BEING DETAINED ILLIGALY BY ICE - HEALTH GROUND

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

PHYSICAL AND MENTAL ABUSE BY THE Officer In THE ETOWAH COUNTY DETENTION CENTER. I'M AFRAID For MY LIFE and have been sick a long time Without assistance. Feel Like I'm going to die In here because of this Torture.

GROUND TWO: I'm FEDERAL DETAINEE Being treated Like a Prisoner Inmate In a High security COUNTY JAIL.

SUPPORTING FACTS: I'm BEING LIED TO CONSTANTLY. AND NOW I'm BEING TREATED FOR ANXIETY, in the First time In my Life. CAN NOT EVEN See MY FAMILY During Visitations.
- NEVER BEEN OUT ON THE SUN
- I'·

GROUND THREE: THE MENTAL PRESSURE IS TO HIGH For ME

SUPPORTING FACTS: I'VE HAD AN HEART ATTACK

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WANT THE COURT TO FORCE ICE TO EITHER SEND ME BACK HOME IN LIBERIA OR LET ME BACK ON THE STREETS. I'M TIRED OF BEING LOCKED-UP.

Simon DANQUAH
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-20-2010
(Date)

Simon DANQUAH
Signature of plaintiff(s)

SIWON DANQUAH
ETOWAH COUNTY JAIL
827 FORREST AVE
GADSDEN AL 35901

BIRMINGHAM AL 350

21 JUL 2010  PM 4 T



MIDDLE DISTRICT OF ALABAMA
OFFICE OF
CLERK, UNITED STATE DISTRICT COURT
PO BOX 711
MONTGOMERY, AL 36101