RECEIVED
2010 AUG -4  A 10: 43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Simon Danquah
A#78-795-650
Etowah Detention center
827 Forrest Ave Gadsden
ALABAMA 35901

United Sates District Court
Middle District of Alabama
Attn: Office of the Clerk
Post office Box 711
Montgomery, Alabama 36101

2:10-CV-638-ID-CSC

To whom it may concern

Dear sir/ Madam

I Simon Danquah A#78-795-650 have been in custody at Etowah County Detention Center. I filed a case before the Middle District Court of Alabama regarding the conditions of detention in Etowah County Jail Center I am from West Africa as a detainee, I regardless complained with the conditions that prevail in this detention.

I would like to avoid the process of the case Simon Danquah versus Immigration Customs Enforcements. I will be leaving to my country. I would like the court to avoid the process of my case. Immigration has finally decided to take me back to my home country. I would like the federal district court to stop the case.
Therefore, I would like to thank you for your concern and cooperation.

Yours sincerely,

Simon Danquah.
*Simon DANQUAH*

Simon Danquah
A#78-795-650
827 Forest avenue
GADSDEN ALABAMA
35901



United States District Court
Middle District Of ALABAMA
Attn: Office Of The Clerk
Post Office BOX 711
MONTGOMERY,ALABAMA 36101-0711

36101+0711